# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00509-CV

**Vernon R. Kile, Appellant**

**v.**

**City of Lockhart, Lockhart Police Department, Caldwell County, Caldwell County District Court, and Caldwell County Probation Department, Appellees**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 207TH JUDICIAL DISTRICT NO. 09-O-092, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On October 23, 2009, we notified appellant Vernon R. Kile that the appellate record in this case did not appear to contain a final or otherwise appealable order. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012, .014 (West 2008); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Kile has not responded to this notice or otherwise demonstrated that an appealable order has been signed by the trial court. Accordingly, the appeal is dismissed for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   December 4, 2009